COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re James Wesley Groves and Keith Gross

Appellate case number:     01-15-00537-CV

Trial court case number:    2008-14866

Trial court:                311th District Court of Harris County

On June 15, 2015, relators, James Wesley Groves and Keith Gross, filed a petition for writ of mandamus in this Court. The Court requests a response to the petition from real party in interest, Avette R. Groves. The response is due no later than **Thursday, July 2, 2015.**

It is so ORDERED.

Judge's signature: /s/ <u>Russell Lloyd</u>
                         ☒ Acting individually

Date:  June 18, 2015